# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2114 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 96 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 31698 |
| WAYNE S. STANDER, | : | |
| Respondent | : | (Berks County) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated October 28, 2014, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

    ORDERED that Wayne S. Stander is suspended on consent from the Bar of this Commonwealth for a period of one year, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.